UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DEVON JOESPH ANDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRISTINE MARIE PEPPLEY, et al.,<br><br>        Defendants. | Case No. 1:25-cv-00030-AKB<br><br>**INITIAL REVIEW ORDER** |

Pending before the Court in this civil rights case is Plaintiff's Amended Complaint *See* Dkt. 19. The Amended Complaint is nineteen pages long. Plaintiff has also filed a Supplement to the Amended Complaint. *See* Dkt. 21. The Supplement is four pages long, excluding exhibits.

Because Plaintiff's Amended Complaint and Supplement combined are twenty-three pages long, Plaintiff has failed to comply with General Order 342(A), which—among other things—limits prisoner civil rights complaints to twenty pages.

**ACCORDINGLY, IT IS ORDERED:**

1. The Clerk of Court is directed to provide Plaintiff with a copy of General Order 342.

2. **Within 21 days** after entry of this Order, Plaintiff must file a second amended complaint that complies with General Order 342(A).

3. Because a second amended complaint is required for Plaintiff to proceed, all pending motions (Dkts. 18, 21, 22, and 23) are **DENIED AS MOOT**.

DATED: September 11, 2025

_____
Amanda K. Brailsford
U.S. District Court Judge